

# NUMBER 13-18-00568-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SERVICE CORPORATION INTERNATIONAL AND SCI TEXAS FUNERAL SERVICES, INC. JOINTLY D/B/A VALLEY MEMORIAL GARDENS, OCTAVIO PADILLA, AND DANIEL GARZA,**                                   **Appellants,**

**v.**

**VIRGINIA MARTINEZ, ET AL.,**                                   **Appellees.**

---

**On Agreed Motion to Stay Appeal.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Order Per Curiam**

This is an interlocutory appeal of an order, dated September 24, 2018, granting in

part and denying in part a motion to compel arbitration filed by appellants. The matter is

before the Court on an "Agreed Motion to Stay Appeal" jointly filed by appellants and appellees. The parties represent in the motion that the defendants have filed a second motion to compel arbitration in the trial court which addresses new parties and claims; that the arbitrability issues in that motion are substantively similar to the issues in the current appeal; and that the trial court has set the pending motion for a hearing on February 27, 2019. The parties ask us to stay the appeal for sixty days to conserve the Court's and the parties resources, as the trial court's rulings on the pending motion may be reviewable in the instant appeal. *See* Tex. R. App. P. 29.6(a)(1).

Having reviewed the parties' motion and the record, this Court is of the opinion that the motion is meritorious and should be granted. Accordingly, we hereby GRANT the motion and ABATE the appeal for sixty (60) days or until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of February, 2019.

2